**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Hugo Cortez BERMUDEZ, also known as Hugo Cortez–Bermudez, also known as Hugo Enrique Cortez, Defendant–Appellant.**

No. 12–20390
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2013.

Ata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Baltazar Salazar, Houston, TX, for Defendant–Appellant.

Hugo Cortez Bermudez, USP Canaan, Waymart, PA, pro se.

Before JOLLY, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Hugo Cortez Bermudez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Cortez Bermudez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Cortez Bermudez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.